# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| PATRICK NEWTON GREEN | CIVIL ACTION NO. 04-864 |
| -vs- | JUDGE LITTLE |
| W. EVANS, ET AL. | |

## JUDGMENT AND ORDER

Before the court is a report and recommendation of the magistrate suggesting that the civil rights claims of petitioner, Patrick Newton Green ("Green"), against Defendants Wilkinson, Steel, and Correction Corporation of America be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) for failing to state a claim upon which relief may be granted and for frivolity. The magistrate also recommends that Green's claims against Defendant Evans be served. Green as filed a "Motion for Objections" with the court that does not contain any substantive objections to the magistrate's report and recommendation, but is instead a request that he be allowed to dismiss voluntarily his claims against Wilkinson, Steel, and Correction Corporation of America. That request was denied by the court on 23 May 2005.

After full record review, the court adopts the reasoning and conclusion of the magistrate. Green's claims against Defendants Wilkinson, Steel, and Correction Corporation of America are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) for failing to state a claim upon which relief may be granted and for frivolity. Further, it is hereby ORDERED

that Green's claim against defendant W. Evans be served in accordance with the magistrate's Memorandum Order of 23 March 2005.

Alexandria, Louisiana

24 June 2005

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE