U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUN 27 2006
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| PATRICK NEWTON GREEN | CIVIL ACTION NO. 04-0864 |
|---|---|
| -vs- | JUDGE DRELL |
| W. EVANS, ET AL. | MAGISTRATE JUDGE KIRK |

## ORDER

Before the court is a motion to compel filed by plaintiff Patrick Newton Green [Doc. #40]. This motion will be referred to the Magistrate Judge for a telephone conference or other appropriate proceeding. The Magistrate Judge has the authority necessary to effectuate resolution of this motion.

SIGNED on this 26th day of June, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 6/27/06
BY: ____
TO: JDK