UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **PATRICK NEWTON GREEN, SR.** | **CIVIL ACTION NO. 04-0864-A** |
| **-vs-** | **JUDGE DRELL** |
| **CORRECTIONS CORPORATION OF AMERICA, et al.** | **MAGISTRATE JUDGE KIRK** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Evans' motion for summary judgment is DENIED.

SIGNED on this 23rd day of February, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge