Order

RECEIVED
BY AP

MAY 1 3 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| PATRICK NEWTON GREEN | CASE NUMBER: CV04-0864 A |
| VERSUS | JUDGE: F. A. LITTLE |
| CORRECTIONS CORPORATION OF AMERICA, INC., NURSE W. EVANS, AND WARDEN TIM WILKINSON | MAGISTRATE: KIRK |

**MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes and appears **PATRICK NEWTON GREEN**, who with respect, represents and shows:

1.

Mover desires to dismiss, with prejudice, all of his claims and causes of action asserted herein against all defendants including CORRECTIONS CORPORATION OF AMERICA, INC, NURSE W. EVANS AND WARDEN TIM WILKINSON.

WHEREFORE, mover prays for an Order from this Court dismissing, with prejudice, all of his claims and causes of action asserted against all defendants including CORRECTIONS CORPORATION OF AMERICA, INC, NURSE W. EVANS AND WARDEN TIM WILKINSON, at the cost of the defendants.

Respectfully submitted;

Mr. Ross S. Owens
820 Jordan Street, Suite 480
Shreveport, Louisiana 71101

BY: ______________________________

ROSS S. OWEN Bar (23242)
Attorney for Plaintiff

RECEIVED
BY: AP

MAY 13 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

LAW OFFICES
**CORKERN & CREWS, L.L.C.**
616 FRONT STREET P. O. BOX 1036
NATCHITOCHES, LOUISIANA 71458-1036

RONALD E. CORKERN, JR.
STEVEN D. CREWS

J. CHRIS GUILLET

TELE PHONE (318) 352-2302
TELECOPIER (318) 352-7548

May 2, 2008

Honorable Robert H. Shemwell
Clerk of Court, Shreveport Division
1167 U.S. Courthouse
300 Fannin Street
Shreveport, Louisiana 71101-3083

RE: Patrick Newton Green v. W. Evans, et al
Docket Number: 1:04CV0864-P

Dear Clerk:

Enclosed please find a Motion to Dismiss With Prejudice. Please present to the appropriate judge for signature and file into the record of the above referenced matter. Should you have any questions, please give me a call. Thank you for your attention to this matter.

Sincerely,

J. CHRIS GUILLET

JCG/akl
Enclosure